MICHAEL T. LUCEY (SBN: 099927)
MARK S. POSARD (SBN: 208790)
JOY A. JAEGER (SBN: 232637)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
DENNIS SHIMEK, ALAN TOLLEFSON AND SAL GENITO III

**EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH CARTWRIGHT,<br><br>          Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA, DAVIS, et. al.<br><br>          Defendants.<br>_____ | CASE NO. 2:05-CV-2439-MCE-KJM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR A BRIEF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

   Good cause appearing, the Court GRANTS defendants' request for a time extension in which to file a responsive pleading to plaintiff's Complaint. IT IS HEREBY ORDERED that defendants' responsive pleading shall be filed no later than May 25, 2006.

   IT IS SO ORDERED.

Date: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

UCR\1014716\999755.1