PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.
LABOR AND PROPERTY LITIGATION

| | | |
|---|---|---|
| Office: | 1155 Market Street | |
| | San Francisco, California 94103 | |
| Electronic: | philhorne@sbcglobal.net | |
| Voice: | 415.552.2740 and 415.553.7781 | |
| Facsimile: | 415.552.2770 and 415.553.7791 | |
| Post: | 377 Hermann Street | |
| | San Francisco, California 94117 | |

GERALDINE ARMENDARIZ, ESQ.  97196
ATTORNEY-AT-LAW

| | | |
|---|---|---|
| Office: | 760 Market Street, Suite 939 | |
| | San Francisco, California 94102 | |
| Voice: | 415.986.0873 | |

ATTORNEYS FOR PLAINTIFF EMPLOYEE
EDITH F. CARTWRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH F. CARTWRIGHT, | No.  2:05-cv-02439 MCE-KJM |
| Plaintiff, | Consolidated Cases: |
| v. | 02:05-CV-00725-MCE-KJM<br>02:06-CV-00128-GEB-KJM |
| REGENTS OF UNIVERSITY OF CALIFORNIA, an entity of the State of California, | Related Case:  YCSC-CV-03-76 |
| UNIVERSITY OF CALIFORNIA, an entity of the State of California, DENNIS SHIMEK, an individual, in his representative and individual capacities, ALAN TOLLEFSON, an individual, in his representative and individual capacities, SAL GENITO III, an individual, in his representative and individual capacities, and DOES 1-300, | **ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING AND TO CONTINUE HEARING DATE** |
| Defendants. | |

Plaintiff's Ex Parte Request for An Extension of Time for Filing a Responsive Pleading and to Continue the Hearing on Defendants' FRCP 12(b)(6) Motion has been read and considered by the Court. GOOD CAUSE APPEARING THEREFORE, this court finds as follows:

Plaintiff's Ex Parte Application is granted.  The hearing on Defendants' FRCP 12(b)(6) Motion is continued from July 17, 2006, to August 21, 2006, at 9:00 a.m.  Opposition and reply, if any, shall be submitted in advance of the new hearing date in accordance with the provisions of E.D. Local Rule 78-230.

IT IS SO ORDERED.

Dated: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE