PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

| | | |
|---|---|---|
| Office: | 1155 Market Street | |
| | San Francisco, California 94103 | |
| Voice: | 415.552.2740 and 415.553.7781 | |
| Facsimile: | 415.552.2770 and 415.553.7791 | |
| Electronic: | philhorne@sbcglobal.net | |
| Post: | 377 Hermann Street | |
| | San Francisco, California 94117 | |

ATTORNEYS FOR EDITH F. CARTWRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDITH F. CARTWRIGHT,                                )   Case No. 2:05-cv-02439-MCE-KJM
                                                                      )
     Plaintiff,                                                   )   Related Case:  YCSC-CV-03-76
                                                                      )
v.                                                                   )
                                                                      )
                                                                      )   **STIPULATED ORDER STAYING**
REGENTS OF UNIVERSITY OF CALIFORNIA,   **PROCEEDINGS**
an entity of the State of California,                 )
UNIVERSITY OF CALIFORNIA,                    )
an entity of the State of California,                 )
DENNIS SHIMEK, an individual,                 )
in his representative and individual capacities, )
ALAN TOLLEFSON, an individual,             )
in his representative and individual capacities, )
SAL GENITO III, an individual,                   )
in his representative and individual capacities, )
and DOES 2-300,                                          )
                                                                      )
     Defendants.                                             )
_____

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Edith F. Cartwright's treating physician is Dr. Astrid Rusquellas, MD.  On 2007 June  22, Dr. Rusquellas gave notice that Cartwright suffers from a disability which prevents her from participating in the current litigation at the current time.  A true copy of said notice is attached.  It is not clear when Cartwright will be released to participate in said litigation.  In order to accommodate Cartwright's disability, the parties stipulate and agree as follows:

1.      To vacate the Scheduling Order herein;

2.      To stay all proceedings for 90 days from entry of this order; and

3.      To a further Joint Status Report to be filed not later than October 19, 2007 for the November 2, 2007 Status Conference Hearing at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr.

The deposition of Cartwright will be the first deposition to commence after said stay.

IT IS SO STIPULATED.

2007 Jul 06                            /s/Philip Steven Horne, Esq.
                                       LAW OFFICES OF PHIILIP STEVEN HORNE, ESQ.
                                       ATTORNEYS FOR PLAINTIFF CARTWRIGHT

                                       /s/Mark S. Posard, Esq.
                                       GORDON & REES
                                       ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED.

DATED: July 17, 2007

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com