PHILIP STEVEN HORNE, ESQ.  173183
LAW OFFICES OF PHILIP STEVEN HORNE, ESQ.

    Office:        1155 Market Street
                       San Francisco, California 94103
    Voice:        415.552.2740 and 415.553.7781
    Facsimile:    415.552.2770 and 415.553.7791
    Electronic:   philhorne@sbcglobal.net
    Post:         377 Hermann Street
                       San Francisco, California 94117

ATTORNEYS FOR EDITH F. CARTWRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH F. CARTWRIGHT,<br><br>  Plaintiff,<br><br>v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA,<br>an entity of the State of California,<br>UNIVERSITY OF CALIFORNIA,<br>an entity of the State of California,<br>DENNIS SHIMEK, an individual,<br>in his representative and individual capacities,<br>ALAN TOLLEFSON, an individual,<br>in his representative and individual capacities,<br>SAL GENITO III, an individual,<br>in his representative and individual capacities,<br>and DOES 2-300,<br><br>  Defendants. | No. 02:05-CV-02439-MCE-KJM<br><br>Related Case:  YCSC-CV-03-76<br><br>**ORDER VACATING STATUS CONFERENCE, SETTING NEW STATUS CONFERENCE DATE, APPOINTING MAGISTRATE FOR HEARING ON MOTION TO WITHDRAW, AND DESIGNATING ALL FILINGS THEREON CONFIDENTIAL AND UNDER SEAL**<br><br>2007 October 12<br>THE HONORABLE MORRISON C. ENGLAND<br>JUDGE OF THE DISTRICT COURT |

The present matter is set for a Status Conference on 2007 November 02. Philip S. Horne, Esq., attorney for Plaintiff Edith F. Cartwright, has advised this Court that he needs to present a confidential motion to withdraw. This court finds as follows:

1. The current 11/2/2007 Status Conference is VACATED.

2. A further Status Conference is set for 12/7/2007 at 9:00 a.m. in Courtroom 3 before The Honorable Morrison C. England, Jr.

3. The Honorable Kimberly J. Muller, Magistrate of the United States District Court is HEREBY ordered to consider the motion to withdraw.

4. All filings on said motion are DEEMED confidential and under seal.

5. The moving, opposing (if any), and reply papers shall state in writing on the cover page "Confidential and Under Seal."

6. All filings thereon shall be submitted to the Eastern District in person, no filings shall be made electronically, all filings shall be served on Counsel for Plaintiff and Plaintiff, and no filings shall be served on Defendants.

IT IS SO ORDERED.

Dated: October 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE