MICHAEL T. LUCEY (SBN: 99927)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
DENNIS SHIMEK, SAL GENITO III and ALAN TOLLEFSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH F. CARTWRIGHT, as an individual,<br><br>　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, DAVIS, et al.<br><br>　　　　　　　　Defendants. | CONSOLIDATED CASE NO. 2:05-CV-02439 MCE-KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

The parties to the above-entitled action hereby stipulate and request the Court to approve Plaintiff's voluntary dismissal with prejudice of her Eighth Cause of Action for Discrimination and Retaliation pursuant to California Government Code § 12900.

IT IS SO STIPULATED.

Dated:   July 9, 2008               LAW OFFICES OF WILLIAM YANKEY


                                    By:   /s/ *William Yankey*
                                    William Yankey
                                    Attorneys for Plaintiff
                                    EDITH F. CARTWRIGHT

-1-
STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 9, 2008                                             GORDON & REES, LLP

By: ___/s/ *Mark S. Posard*_____
Mark S. Posard
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DENNIS SHIMEK, SAL GENITO III and ALAN TOLLEFSON
Attorne

## ORDER

Based on the stipulation of the parties and good cause appearing therefore, it is hereby Ordered that Plaintiff's Eighth Cause of Action for Discrimination and Retaliation pursuant to California Government Code § 12900 is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, California 95825

PDF created with pdfFactory trial version www.pdffactory.com