DANIEL M. KARALASH (SBN 176422)
Law Offices of Daniel M. Karalash
1207 Front Street, Suite 15
Sacramento, CA 95814
Tel: (916) 787-1234
Fax: (916) 787-0267
dmkaralash@surewest.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edith F. Cartwright,<br><br>   Plaintiff,<br> vs.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA,<br>an entity of the State of California, et al.,<br><br>   Defendants | Case No.:  02:05-CV-02439-MCE-KJM<br><br>Related Case: YCSC-CV-03-76<br>CACOA-052990<br><br>**SUBSTITUTION OF ATTORNEYS**<br>(Eastern District Court Local Rule 83-182) |

 THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff Edith F. Cartwright makes the following substitution:

 1. Former Legal Representative:  William T. Yankey, Esq.

 2. New Legal Representative:  Attorney Daniel M. Karalash, Esq., 1207 Front Street, Suite 15; telephone:  (916) 787-1234

 3. The party making this substitution is the plaintiff.

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

4. I consent to this substitution:

Date: 10/16/2008

|                                  | /s/ Edith F. Cartwright |
|----------------------------------|-------------------------|
| Edith F. Cartwright, Plaintiff   | Signature of Party      |

5. I consent to this substitution.

Date: 10/16/8

|                          | /s/ William T. Yankey         |
|--------------------------|-------------------------------|
| William T. Yankey, Esq.  | Signature of Former Attorney  |

6. I consent to this substitution.

Date: 10/16/8

|                          | /s/ Daniel M. Karalsh       |
|--------------------------|-----------------------------|
| Daniel M. Karalsh, Esq.  | Signature of New Attorney   |

---

**IT IS SO ORDERED.**

**DATED:** October 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

SUBSTITUTION OF ATTORNEYS
CARTWRIGHT v. UC CALIFORNIA, CASE NO. 02:06-CV-00128-GEB-KJM

PDF created with pdfFactory trial version www.pdffactory.com