DANIEL M. KARALASH (SBN 176422)
Law Offices of Daniel M. Karalash
1207 Front Street, Suite 15
Sacramento, CA 95814
Tel: (916) 787-1234
Fax: (916) 787-0267
dmkaralash@surewest.net

Attorney for Plaintiff
EDITH CARTWRIGHT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OFCALIFORNIA

| | |
|---|---|
| EDITH F.CARTWRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REGENTS OF TE UNIVERSITY OF CALIFORNIA, an entity of the State of California, UNIVERSITY OF CALIFORNIA, an entity of the State of California, DENNIS SHIMEK, an individual, in his representative and individual capacities; ALAN TOLLEFSON, an individual in his representative and individual capacities, SAL GENITO III, an individual, in his representative and individual capacities, and DOES 2-300.<br><br>　　　　　Defendants. | CONSOLIDATED CASE NO. 2:05-CV-02439 MCE-KJM<br><br>STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY (ED Local Rule 83-143) |

WHEREAS, Federal Rules of Civil Procedure rule 29 provides that the parties may stipulate to extend discovery;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Federal Rules of Civil Procedure rule 29(b) provides that Court approval is required to extend discovery, even where the parties have stipulated to the extension;

WHEREAS, on May 16, 2008, this Court's Pre-Trial (Status) Scheduling Order establishes that all discovery (except expert discovery) be completed by March 27, 2009;

WHEREAS, on May 16, 2008, this Court's Pre Trial (Status) Scheduling Order establishes that all expert discovery be completed by May 27, 2009;

WHEREAS, Plaintiff Edith F. Cartwright's present counsel, Daniel M. Karalash, became counsel of record on October 27, 2008;

WHEREAS, Plaintiff's present counsel had undue problems retrieving Plaintiff's file from previous counsel in a timely manner;

WHEREAS, the file received from Plaintiff's previous counsel was in disarray and Plaintiff's present counsel had to expend undue time and effort in reviewing, compiling, and integrating the file into a coherent whole;

WHEREAS, these circumstances constitute good cause for extending the time to complete discovery (See attached declaration of Daniel M. Karalash);

WHEREAS, each parties' respective interests will not be unduly burdened or otherwise detrimentally affected if this Court grants an extension of sixty (60) days from the present discovery completion dates;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the time for discovery to be completed be extended for a period of sixty (60) days from that established by this Court's Pretrial Scheduling Order on May 16, 2008.

AS SUCH, IT IS STIPULATED that the time to complete discovery (except expert discovery) be extended to May 29, 2009; and the time to complete expert discovery be extended to July 27, 2009.

//

//

//

STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED**

Dated:   March 2, 2009                    LAW OFFICES OF DANIEL M. KARALSH

                                          By: _____
                                              Daniel M. Karalash
                                              Attorney for Plaintiff Edith F. Cartwright

Dated:   March __, 2009                   GORDON & REES, LLP

                                          By: _____
                                              Mark S. Posard
                                              Attorney for Defendants

**IT IS SO ORDERED.**

**DATED:** March 6, 2009

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

# DECLARATION OF DANIEL M KARALASH

I, DANIEL M KARALASH, declare:

1. I am the attorney of record in the above-entitled matter. I substituted in as attorney of record on October 28, 2008 by an order signed by the Honorable Morrison C England.

2. I had worked to retrieve the files from Ms. Cartwright's prior attorney. It took approximately 3 weeks for prior counsel to supply the entire file to my office.

3. Once I had possession of the entire file, it was apparent that the file was in disarray. I was unable to locate, after searching through four "banker boxes", all of the pleadings that had been previously filed in this matter.

4. I eventually was able to download all pleadings from the court's website.

5. Organization, and searching of the "Banker's Boxes" revealed discovery that had been done, of which there was very little. I reviewed documents that had been produced and formulated a discovery plan for the remaining minimal discovery to be ready for further motions and possibly settlement.

6. I have been working to formulate and Third Amended Complaint due to the confusing nature of the Second Amended Complaint and to ensure that the Third Amended Complaint would cover all issues raised during the deposition of Ms. Cartwright and the Court's Order of December 18, 2006.

7. I have been in contact with Counsel for Defendants and discussed needed discovery as well as the needed Third Amended Complaint, which to my understanding was suggested by counsel for the defendants.

8. Counsel for the Defendants has agreed to extend discovery for 60 days in that such an extension would have no adverse effect on dispositive motions or the trial date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of February, 2009.

_____
//s//

Daniel M Karalash

STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com