DANIEL M. KARALASH (SBN 176422)
Law Office of Daniel M Karalash
1207 Front Street, Suite 15
Sacramento, CA 95814

Tel: (916) 787-1234
Fax: (916) 787-0267
email: dmkaralash@surewest.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH F. CARTWRIGHT,<br><br>　　　　Plaintiff,<br><br>　vs.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, an entity of the State of California, UNIVERSITY OF CALIFORNIA, an entity of the State of California, DENNIS SHIMEK, an individual, in his representative and individual capacities; ALAN TOLLEFSON, an individual in his representative and individual capacities, SAL GENITO III, an individual, in his representative and individual capacities, and DOES 2 - 300.,<br><br>　　　　Defendants | Case No.: 2:05-CV-02439 MCE-KJM<br><br>ORDER ALLOWING FILING OF THIRD AMENDED COMPLAINT (FRCP 15(a)(2)) |

　　WHEREAS FRCP 15(2) provides "a party may amend its plead only with the opposing party's written consent or the court's leave."

　　WHEREAS counsel for the Defendants has stipulated to plaintiff's proposed Third Amended Complaint.

ORDER FILING THIRD AMENDED COMPLAINT - 1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff requests this court to issue and Order allowing for the filing of the Third Amended Complaint and allowing Defendants to file a response, dispositive motion or objection thereto no later than TEN (10) days after the service of the Third Amended Complaint in compliance with FRCP 14(a)(3).

Respectfully submitted,

Dated: March 27, 2009

By:_____//S//_____
Daniel M. Karalash
Attorney for Plaintiff
EDITH F. CARTWRIGHT

**IT IS SO ORDERED**

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com