IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDITH CARTWRIGHT,

     Plaintiff,                      No. CIV S-05-2439 MCE KJM

     vs.

UNIVERSITY OF CALIFORNIA
AT DAVIS, et al.,

     Defendants.               ORDER

_____/

        Defendants have filed an ex parte application for an order shortening time for hearing on a motion to compel deposition of a third party witness. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The application is granted. Defendants' motion to compel is set for hearing on September 16, 2009 at 10:00 a.m. in courtroom no. 26.

        2. No later than the close of business on September 10, 2009, defendants shall serve a copy of the moving papers and a copy of the order on the third party witness.

        3. Opposition, if any, shall be filed no later than September 14, 2009.

DATED: September 10, 2009.

006 cartwright.ost

_____
U.S. MAGISTRATE JUDGE