MICHAEL T. LUCEY (SBN: 099927)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants

**EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH CARTWRIGHT,<br><br>                Plaintiff,<br><br>       vs.<br><br>UNIVERSITY OF CALIFORNIA, DAVIS, et. al.<br><br>                Defendants.<br>_____ | CONSOLIDATED CASE NO.<br>2:05-CV-02439 MCE-KJM<br><br>**LIMITED STIPULATION AND TO EXTEND TIME TO COMPLETE DISCOVERY; ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), IT IS HEREBY STIPULATED by and between the parties to this litigation, based upon good cause, that:

1) In exchange for dropping its motion to compel the deposition of Astrid Rusquellas, MD and related request for sanctions, Dr. Rusquellas has agreed to be deposed on October 29, 2009 at 1:30 p.m. in her Berkeley office.  The defendants currently have pending their motion to compel as a result of a discovery cut-off date of September 29, 2009.  By and through this stipulation, the parties seek relief from this court in so far as allowing them to take the percipient witness deposition after the discovery cut-off date so as to accommodate Dr. Rusquellas's medical condition.

///

PDF created with pdfFactory trial version www.pdffactory.com

2) Similar to Dr. Rusquellas, percipient witness Randy Vergos has recently endured a surgical operation and will be unavailable to sit for a deposition until October 2009. Counsel for defendants has a trial scheduled for October 19, 2009 and therefore, the parties seek relief from the court to allow them to depose Mr. Vergos at a time to be determined, but not later than the end of November, 2009.

The parties and the witnesses have agreed to the above and this stipulation is designed to accommodate the witnesses legitimate and unavoidable health conditions. The parties to not, at this time, wish for the discovery cut-off date to be moved and do not anticipate any further requests to conduct non-expert discovery past the September 29 deadline.

IT IS SO STIPULATED:

Dated: September 14, 2009                GORDON & REES, LLP

                                         By: _____/s/ Mark S. Posard_____
                                             Mark S. Posard
                                             Attorneys for Defendants

Dated: September __, 2009                LAW OFFICES OF DANIEL M. KARALASH

                                         By: _____/s/ Daniel M. Karalash_
                                             Daniel M. Karalash
                                             Attorney for Plaintiff

### ORDER

Pursuant to the parties' stipulation, the parties are permitted to depose Dr. Astrid Rusquellas on October 29, 2009 and Randy Vergos on or before November 30, 2009.

**IT IS SO ORDERED.**

DATED: September 15, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com