1  MICHAEL D. BRUNO (SBN: 166805)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
6  Attorneys for Defendants

   **EXEMPT FROM FILING FEES (GOV. CODE § 6103)**
7

8             UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10 EDITH CARTWRIGHT,              )   CONSOLIDATED CASE NO.
                                  )   2:05-CV-02439 MCE-KJM
11              Plaintiff,        )
                                  )
12     vs.                        )   **STIPULATION OF GOOD CAUSE TO**
                                  )   **CONTINUE TRIAL DATE AND**
13 UNIVERSITY OF CALIFORNIA, DAVIS, et. )   **ORDER**
   al.                            )
14                                )
                Defendants.       )
15                                )
                                  )
16 _____ )

17         On September 15, 2009, this Court sua sponte continued the January 25, 2010 trial

18 date to March 1, 2010. (See Docket Number 118.) In it's Minute Order, the Court indicated that

19 "Absent preemption by a criminal trial, this is a firm trial date for the Court, and any requests to

20 continue the trial will require a showing of good cause."

21         Counsel have agreed and hereby stipulate, that good cause exists to move the new trial

22 date of March 1, 2010 to <u>March 29, 2010</u>.

23         The good cause is that trial counsel for defendants has an unmovable, binding

24 arbitration scheduled for March 1 – 3. In addition, trial counsel for defendants will be on a

25 previously scheduled, non-refundable vacation out of state from March 6 – 13. All trial counsel

26 in this matter have conferred and believe in good faith, that a March 29, 2010 trial date will work

Stipulation and [Proposed] Order to Continue Trial Date

PDF created with pdfFactory trial version www.pdffactory.com

1   for all counsel and parties.

2         IT IS SO STIPULATIED:

3   Dated:  September 15, 2009                    GORDON & REES, LLP

4

5                                                By: _____/s/ Mark S. Posard_____
                                                   Mark S. Posard
6                                                Attorneys for Defendants

7
    Dated:  September 15, 2009                    LAW OFFICES OF DANIEL M.
8                                                KARALASH

9

10                                               By: _____/s/ Daniel M. Karalash_
                                                   Daniel M. Karalash
11                                               Attorney for Plaintiff

12

13                                **ORDER**

14         Pursuant to the parties' stipulation, the trial date is continued from March 1, 2010 to

15   March 29, 2010.

16         **IT IS SO ORDERED.**

17   DATED: September 17, 2009

18

19   MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-

**Stipulation and [Proposed] Order to Continue Trial Date**
Consolidated Case No. 2:05-CV-02439-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com