MICHAEL T. LUCEY (SBN: 099927)
MARK S. POSARD (SBN: 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants

**EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH CARTWRIGHT, | CONSOLIDATED CASE NO. 2:05-CV-02439 MCE-KJM |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE EXPERT DISCOVERY; ORDER (Local Rule 83-143)** |
| UNIVERSITY OF CALIFORNIA, DAVIS, et. al. | |
| Defendants. | |

Pursuant to Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this litigation, based upon good cause, that:

1) the current date for the disclosure of expert witnesses is continued from October 27, 2009 to November 30, 2009;

2) the expert discovery cut-off date is continued from November 27, 2009 to January 15, 2010;

Because trial has now been continued from January 25, 2010 to March 29, 2010, the parties would like to have additional time to allow their experts to contemplate the deposition testimony of Plaintiff's treating psychiatrist Astrid Rusquellas, M.D., which is scheduled for October 29, 2009, in their expert reports.

-1-

Stipulation to Extend Time to Disclose Expert Witnesses and Complete Expert Discovery
CONSOLIDATED CASE NO.: 2:05-CV-02439 MCE-KJM

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1         In the alternative, the parties are happy to participate in a formal case management

2    conference or an informal telephone conference with the Court to discuss the current Scheduling

3    Order.

4         IT IS SO STIPULATED:

5    Dated:  October 2, 2009               GORDON & REES, LLP

6

7                      By:  _____*/s/ Mark S. Posard*_____

8                        Mark S. Posard
                  Attorneys for Defendants

9

10   Dated:  October 2, 2009               LAW OFFICES OF DANIEL M. KARALASH

11

12                     By:  _____*/s/ Daniel M. Karalash*___

13                       Daniel M. Karalash
                  Attorney for Plaintiff

14   **IT IS SO ORDERED.**

15   DATED: October 7, 2009

16

17   _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Stipulation to Extend Time to Complete Discovery and File Dispositive Motions
Consolidated Case No.: 2:05-CV-02439 MCE-KJM