1  MICHAEL D. BRUNO (SBN: 166805)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES, LLP
   Embarcadero Center West
3  275 Battery Street, Twentieth Floor
   San Francisco, CA 94111
4  (415) 986-5900
   Facsimile:(415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA and SAL GENITO III
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
   EDITH CARTWRIGHT                    )   CASE NO. CV 05 02439 MCE-KJM
11                                     )
                    Plaintiff,         )
12                                     )   **STIPULATION TO SET HEARING
           v.                          )   DATE FOR MOTION FOR SUMMARY
13                                     )   JUDGMENT; ORDER**
   REGENTS OF THE UNIVERSITY OF        )
14 CALIFORNIA, et al.,                 )   **(Local Rule 83-143)**
                                       )
15                  Defendants.        )
   _____ )
16

17         Pursuant to Local Rule 83-143, IT IS HEREBY STIPULATED by and between the

18 parties to this litigation, based upon good cause, that: pursuant to this Court's scheduling order

19 and stipulations between the parties, the last day to file a motion for summary judgment is

20 October 29, 2009. Similarly, the last day for this Court to hold a hearing on a motion for

21 summary judgment is November 30, 2009.

22         Defendants will be filing a motion for summary judgment/adjudication on October 29,

23 2009. In attempting to schedule the hearing for this motion, counsel for Defendants were

24 informed that the Court has no hearing dates available prior to November 30, 2009 other than

25 November 19, 2009. A hearing date of November 19, 2009 will not provide counsel for Plaintiff

26 a sufficient opportunity to oppose Defendants' motion.

27         Counsel for Defendants were also informed that this Court does have <u>December 3, 2009</u>

28 available to hear Defendants' motion.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The Parties to this action therefore agree and stipulate that Defendants' motion for
2  summary judgment/adjudication to be filed on October 29, 2009 may be heard on December 3,
3  2009.
4  　　　IT IS SO STIPULATED.

5  Dated: October 27, 2009　　　　　　　　　　GORDON & REES, LLP

7  　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　MARK S. POSARD
8  　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　THE REGENTS OF THE UNIVERSITY OF
　　　　　　　　　　　　　　　　　　　　　　CALIFORNIA and SAL GENITO III

10 Dated: October 27, 2009

11 　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　DANIEL M. KARALASH
12 　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　EDITH CARTWRIGHT

**IT IS SO ORDERED.**

16 DATED: November 3, 2009

18 　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com