DANIEL M. KARALASH (SBN 176422)
Law Offices of Daniel M. Karalash
1207 Front Street, Suite 15
Sacramento, CA 95814
Tel:  (916) 787-1234
Fax: (916) 787-0267
dmkaralash@gmail.com

Attorney for Plaintiff
EDITH CARTWRIGHT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OFCALIFORNIA

| | |
|---|---|
| EDITH F.CARTWRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF TE UNIVERSITY OF CALIFORNIA, an entity of the State of California, UNIVERSITY OF CALIFORNIA, an entity of the State of California, DENNIS SHIMEK, an individual, in his representative and individual capacities; ALAN TOLLEFSON, an individual in his representative and individual capacities, SAL GENITO III, an individual, in his representative and individual capacities, and DOES 2-300.<br><br>Defendants. | CONSOLIDATED CASE NO.<br>2:05-CV-02439 MCE-KJM<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE EXPERT DEPOSITION OF ASTRID RUSQUELLAS, M.D.; ORDER (Local Rule 83-143)** |

Pursuant to Local Rule 83-143, IT IS HEREBY STIPULATED by and between the parties to this litigation, based upon good cause, that the expert discovery cut-off date relative to taking the deposition of Plaintiff's expert Psychiatrist, Dr. Astrid Rusquellas, is continued from January 15, 2010 to February 26, 2010;

1
STIP. TO EXT. DISC. CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

Because trial has now been continued from January 25, 2010 to March 29, 2010, the parties would like to have additional time to allow for the deposition Plaintiff's expert witness, Astrid Rusquellas, M.D. Currently, Dr. Rusquellas is under medical care and has indicated that she is unable to be deposed until sometime in February 2010.

**IT IS SO STIPULATED**

Dated: January 7, 2010     LAW OFFICES OF DANIEL M. KARALSH

By: //signed//
Daniel M. Karalash
Attorney for Plaintiff Edith F. Cartwright

Dated: January 7, 2010     GORDON & REES, LLP

By: /s/
Mark S. Posard
Attorney for Defendants

**IT IS SO ORDERED**

DATED: January 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIP. TO EXT. DISC. CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com