1  MICHAEL D. BRUNO (SBN: 166805)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES, LLP
   Embarcadero Center West
3  275 Battery Street, Twentieth Floor
   San Francisco, CA 94111
4  (415) 986-5900
   Facsimile:(415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA and SAL GENITO III
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  EDITH CARTWRIGHT                        )  CASE NO. 2:05-cv-02439-MCE-KJM
                                            )
12                          Plaintiff,      )
                                            )  **STIPULATION AND ORDER TO**
13                  v.                       )  **EXTEND THE DEADLINE TO**
                                            )  **EXCHANGE TRIAL BRIEFS AND**
14  REGENTS OF THE UNIVERSITY OF            )  **OTHER MATERIALS PURSUANT TO**
    CALIFORNIA, et al.,                     )  **PRE-TRIAL ORDER**
15                                          )
                            Defendants.     )
16  _____ )

17         THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby

18  stipulate as follows:

19         On December 7, 2009, this Court ordered the parties to attend a Final Pretrial Conference

20  on January 28, 2010 and subsequently file trial briefs, witness lists and exhibit lists on February

21  15, 2010.  As a result of an unavoidable scheduling conflict by Plaintiff's counsel, the Final

22  Pretrial Conference was postponed by one week.  At the Final Pretrial Conference, all motions in

23  limine were decided.

24         As a result of the Final Pretrial Conference being delayed one week and thereby a one

25  week delay in having a ruling on the motions in limine, the parties respectfully request that the

26  deadline for filing trial briefs, witness lists and exhibit lists also be continued by one week (from

27  February 15, 2010 to February 22, 2010.

28

                                            1

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111

1    This will allow the parties to properly consider the motion in limine rulings and file

2 appropriate trial briefs, witness lists and exhibit lists.

3    IT IS HEREBY STIPULATED AND AGREED between the parties through their

4 respective attorneys of record as follows: the deadline for exchange and submission of trial

5 briefs, exhibit lists, witness lists and all other materials shall be extended to February 22, 2010.

6

7 DATED: February 5, 2010          GORDON & REES LLP

8

9                                  By:_____/s/_____

10                                     Mark S. Posard
                                      Attorneys for Defendants
11                                    THE REGENTS OF THE UNIVERSITY OF
                                      CALIFORNIA and SAL GENITO III
12

13 DATED: February 5, 2010          DANIEL M. KARALASH, ATTORNEY AT LAW

14

15

16                                  By:_____/s/_____
                                      Daniel M. Karalash
17                                    Attorney for Plaintiff
                                      EDITH CARTWRIGHT

18

                                **ORDER**
19

20    IT IS SO ORDERED.

21

22 DATED:  February 8, 2010

23                                  _____

24                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28