1  MICHAEL D. BRUNO (SBN: 166805)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES, LLP
   Embarcadero Center West
3  275 Battery Street, Twentieth Floor
   San Francisco, CA 94111
4  (415) 986-5900
   Facsimile:(415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA and SAL GENITO III
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | EDITH CARTWRIGHT | ) | CASE NO. CV 05 02439 MCE-KJM |
|---|---|---|
|  | ) |  |
12 |             Plaintiff, | ) | **STIPULATION TO TAKE** |
|  | ) | **VIDEOTAPED TRIAL TESTIMONY** |
13 | v. | ) | **OF TURA JENKINS; ORDER** |
|  | ) | **(Local Rule 83-143)** |
14 | REGENTS OF THE UNIVERSITY OF | ) |  |
| CALIFORNIA, et al., | ) | Trial Date: March 29, 2010 |
|  | ) | Courtroom: 7 |
15 |             Defendants. | ) | Judge: Hon. Morrison C. England |
|  | ) |  |

16

17

18        Pursuant to Local Rule 83-143, IT IS HEREBY STIPULATED by and between the

19  parties to this litigation, based upon good cause, that:

20        1) On February 24, 2010, counsel for defendants was advised that trial witness Tura

21  Jenkins has been diagnosed with Stage 3 Endometrial Cancer.  Ms. Jenkins is currently

22  undergoing aggressive chemo and radiation therapies.  These treatments will prevent Ms. Jenkins

23  from testifying at trial;

24        2) Ms. Jenkins is willing to try and give videotaped trial testimony on March 19, 20 or

25  22, depending upon her health;

26        3)   Defendants have amended their trial witness list to include Ricardo Freeman, who

27  is Ms. Jenkins direct supervisor and is known to Plaintiff;

28        4)   Counsel for the parties have discussed the videotaped trial testimony of Ms.

1  Jenkins and have agreed that it is appropriate given her serious health condition;

2        5)   The parties will designate and exchange the portions of the transcript they intend

3  to use not later than March 25, 2010.

4        IT IS SO STIPULATED:

5  Dated:  February 24, 2010        GORDON & REES, LLP

7        By: _____*/s/ Mark S. Posard*_____
8               Mark S. Posard
        Attorneys for Defendants

10  Dated:  February 24, 2010        LAW OFFICES OF DANIEL M. KARALASH

12        By: _____/s/ *Daniel M. Karalash*_
13               Daniel M. Karalash
        Attorney for Plaintiff

14    **IT IS SO ORDERED.**

16  Dated:  February 26, 2010

17        _____
        MORRISON C. ENGLAND, JR
18        UNITED STATES DISTRICT JUDGE

**GORDON & REES, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111