MICHAEL D. BRUNO (SBN: 166805)
MARK S. POSARD (SBN: 208790)
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
(415) 986-5900
Facsimile:(415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and SAL GENITO III


DANIEL M. KARALASH (SBN 176422)
Law Offices of Daniel M. Karalash
1207 Front Street, Suite 15
Sacramento, CA 95814
Tel: (916) 787-1234
Fax: (916) 787-0267
dankaralash@gmail.com

Attorney for Plaintiff Employee
EDITH CARTWRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH CARTWRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. CV 05 02439 MCE-KJM<br><br>**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE; ORDER**<br><br>Trial Date: March 29, 2009<br>Time:     9:00 AM<br>Courtroom: 7 |

Pursuant to Federal Rule of Civil Procedure 41(a)(i), the parties hereby STIPULATE to the dismissal of the following causes of action, <u>with prejudice</u>, with each party to bear its own costs and fees:

    1.    Second Cause of Action for violation of California Civil Code § 52.1;

    2.    Third Cause of Action for violation of 42 U.S.C. § 1985;

    3.    Fifth Cause of Action <u>for discrimination</u> under 20 U.S.C. § 1681;

    4.    Sixth Cause of Action <u>for discrimination</u> under 42 U.S.C. § 1981;

1

PDF created with pdfFactory trial version www.pdffactory.com

5. Seventh Cause of Action <u>for discrimination</u> under 42 U.S.C. § 2000e;

6. Ninth Cause of Action for Conversion;

7. Tenth Cause of Action for Interference with Business;

8. Twelfth Cause of Action for Invasion of Privacy;

9. Fourteenth Cause of Action for violation of Business & Professions Code § 17200;

10. Fifteenth Cause of Action for Negligent Hiring, Negligent Retention and Negligent Supervision.

For the trial in this matter, the parties agree that the right of action is retaliation for protected activity in the Federal claims. <u>Only</u> the following claims shall remain[1]:

A. First Cause of Action under 42 U.S.C. § 1983 against Sal Genito;

B. Fifth Cause of Action <u>for retaliation</u> under 20 U.S.C. § 1681 against the Regents;

C. Sixth Cause of Action <u>for retaliation</u> under 42 U.S.C. § 1981 against the Regents and Sal Genito;

D. Seventh Cause of Action <u>for retaliation</u> under 42 U.S.C. § 2000e against the Regents;

E. Eleventh Cause of Action for Defamation against Sal Genito;

F. Thirteenth Cause of Action for Intentionally Causing Injury (IIED) against Sal Genito.

IT IS SO STIPULATED:

Dated: March 25, 2010          GORDON & REES, LLP


By: _____*/s/ Mark S. Posard*_____
　　Mark S. Posard
　　Attorneys for Defendants

---

[1] All other parties and causes of action have been dismissed via Defendants' two 12(b)(6) motions.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: March 25, 2010 | LAW OFFICES OF DANIEL M. KARALASH |
| 2 | | |
| 3 | | By: _____/s/ *Daniel M. Karalash* |
| 4 | | Daniel M. Karalash<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

Dated: March 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com